JS-6

# United States District Court
# Central District of California

| | |
|---|---|
| DWAIN LAMMEY,<br><br>          Plaintiff,<br><br>      v.<br><br>OMNI LOS ANGELES, LLC, et al.,<br><br>          Defendants. | Case No. 2:21-cv-00362-ODW (AFMx)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Granting Defendants' Motion to Dismiss, it is therefore **ORDERED, ADJUDGED, and DECREED** as follows:

1. Plaintiff shall recover nothing from Defendant;
2. Plaintiff's first cause of action, violation of the Americans with Disabilities Act, is dismissed on the merits and with prejudice;
3. The Court declines to exercise supplemental jurisdiction over Plaintiff's second cause of action, violation of the Unruh Civil Rights Act, and dismisses that claim without prejudice.

**IT IS SO ORDERED.**

August 18, 2021

                                                                                           _____
                                                                                          **OTIS D. WRIGHT, II**
                                                                  **UNITED STATES DISTRICT JUDGE**